| | |
|---|---|
| Jennifer Fraser Parrish (11207) | John A. Love (admitted *pro hac vice*) |
| parrish@mcpc.law | tlove@loveconsumerlaw.com |
| Yevgen Kovalov (16297) | **LOVE CONSUMER LAW** |
| kovalov@mcpc.law | 2500 Northwinds Parkway, Suite 330 |
| **MAGLEBY CATAXINOS, PC** | Alpharetta, Georgia 30009 |
| 141 W. Pierpont Avenue | Telephone 404.855.3600 |
| Salt Lake City, Utah 84101-3605 | |
| Telephone: 801.359.9000 | |
| Facsimile: 801.359.9011 | |

Attorneys for Plaintiff Tyler Kania

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| **TYLER KANIA**, an individual,<br><br>    Plaintiff,<br>v.<br><br>**TRANS UNION, LLC,**<br><br>    Defendant. | **PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>**Case No.: 4:25-cv-00085-DN-PK**<br><br>**Honorable David Nuffer** |

Plaintiff hereby notifies the Court that the parties have reached a settlement of all claims and will file a dismissal upon completion of the related documentation.

DATED this 9th day of October, 2025.

        **MAGLEBY CATAXINOS, PC**

        /s/ Yevgen Kovalov
        Jennifer Fraser Parrish
        Yevgen Kovalov

        **LOVE CONSUMER LAW**
        John A. Love

        Attorneys for Plaintiff Tyler Kania

## CERTIFICATE OF SERVICE

    I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF SETTLEMENT** was submitted to the Court's CM/ECF system this 9th day of October 2025.

                               /s/ Sasha Zito